| Transaction | Date | Amount | Total Balance |
|---|---|---|---|
| (01/08/2024 entry above) | 01/08/2024 | | Total Balance: $115.05 |
| GIANT 2312 GLEN BURNIE | 01/08/2024 | -$3.98 | Total Balance: $120.44 |
| UBER *TRIP SAN FRANCISCO 01/04 F56087 ? | 01/05/2024 | -$12.90 | Total Balance: $124.42 |
| CENTRAL LOAN ADM 1 TIME DFT | 01/04/2024 | -$600.00 | Total Balance: $137.32 |
| PINCB GIANT 2312 GLEN BURNIE | 01/04/2024 | -$40.15 | Total Balance: $737.32 |
| AMAZON MUSIC*T404S2Y82888-802-3080 | 01/04/2024 | -$5.29 | Total Balance: $777.47 |
| APPLE.COM BILL 866-712-7753 | 01/04/2024 | -$2.99 | Total Balance: $782.76 |
| GIANT OF MARYLAN DIRECT DEP | 01/04/2024 | $172.55 | Total Balance: $785.75 |
| GIANT 2312 GLEN BURNIE | | -$0.71 | |