| Description | Date | Amount | Total Balance |
|---|---|---|---|
| CENTRAL LOAN ADM 1 TIME DFT | 01/12/2024 | -$1,000.00 | $577.82 |
| APPLE.COM BILL 866-712-7753 | 01/12/2024 | -$19.07 | $1,577.82 |
| CHICK-FIL-A #01433 GLEN BURNIE | 01/12/2024 | -$21.18 | $1,596.89 |
| GIANT OF MARYLAN DIRECT DEP | 01/11/2024 | $321.25 | $1,618.07 |
| GIANT 2312 GLEN BURNIE | 01/10/2024 | -$11.66 | $1,296.82 |
| IN BRANCH TRANSFER/DEPOSIT | 01/10/2024 | $1,200.00 | $1,308.48 |
| GIANT 2312 GLEN BURNIE | 01/08/2024 | -$0.74 | $108.48 |
| GIANT 2312 GLEN BURNIE | 01/08/2024 | -$1.59 | $109.22 |