IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE: ARLENE KLEMKOWSKI      *     Case No.: 22-10257 MMH
     Debtor      *     Chapter 13

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ARLENE KLEMKOWSKI
     Movant

v.

CITIMORTGAGE, INC.
     and
CENLAR FSB, SERVICER for
 CITIMORTGAGE, INC.
     Respondents

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>ORDER  REQUIRING  CREDITOR TO ACCEPT ELECTRONIC PAYMENT</u>**

ON THE FOREGOING Motion To Require Creditor to Accept Electronic Payment and having considered any Answer thereto, it is, by the United States Bankruptcy Court for the District of Maryland hereby ORDERED that the Respondents shall immediately accept payments from the Debtor herein  by electronic means, in the same manner and under the same conditions as it accepts payments from individuals who have not sought relief under the Bankruptcy Code, and it is further

ORDERED that this Order shall apply to any successor for Citimortgage, Inc. or to any servicer acting as Agent for Citimortgage, Inc. or its successor

END OF ORDER

cc:
David W. Cohen, Esquire
Debtor
Trustee
Nikita Joshi, Esq.
Citimortgage. Inc.
CENLAR, FSB
Rushmore Management