IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE: ARLENE KLEMKOWSKI  *  Case No.: 22-10257 MMH
    Debtor  *  Chapter 13

\* \* \* \* \* \* \* \* \* \* \* \* \*

ARLENE KLEMKOWSKI
    Movant

v.

CITIMORTGAGE, INC.
    and
CENLAR FSB, SERVICER for
 CITIMORTGAGE, INC.
    Respondents

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT REGARDING MEMORANDUM IN SUPPORT OF MOTION TO REQUIRE CREDITOR TO ACCEPT ELECTRONIC PAYMENT

THE DEBTOR, ARLENE KLEMKOWSKI, begin duly sworn, makes oath and says:

1. I am the Debtor in this proceeding. I am over 18 years of age and competent to give testimony. This affidavit is made under penalty of perjury, and is based upon my personal knowledge of the facts set forth herein.

2. I filed a petition under Chapter 13 in January, 2022. At the time, I was in default under my mortgage note. Cenlar, FSB had refused to accept partial payment, and I filed for relief in order to cure the default and avoid the filing of a foreclosure.

3. After filing, I submitted a plan and commenced making payments on both my plan and my mortgage.

4. Prior to filing the case, I had made regular payments through Cenlar's website via my cell phone, The website is convenient because it is always available, and provides needed information such as payment amount, due date and loan status including any missed payments.

5. After I filed the case, the website became unavailable. When I try to log in I am presented with a screen that indicates that I should call support (See Exhibit "A"). This is the

only information available.

6. Phone support is only available during Cenlar's business hours of 9am to 6pm, Monday through Friday, which corresponds exactly with my work hours. The only time I can call is during my 15 minute lunch break (I get an another 15 break in the afternoon). In addition to being place on hold due to "unusually high call volume," when I speak with someone I usually cannot immediately make a payment, and find myself transferred several times before I can complete the transaction. Due to the length of time from when I call until I speak to the "right" person, Before I can speak I have to verify numerous pieces of information. Sometimes, even after that, they will not take my payment I sometimes have to abandon the call so I can return to work on time, meaning that I have to call back.

7. The payments are not immediately debited from my account. For example, I called on January 2, 2024 and authorized $600. Cenlar asserted that it sent me a letter to that effect (which I did not receive) (Exhibit "B," from Cenlar's filing at Docket 49 -3, page 3). The funds were debited two days later, on January 4, 2024 (Exhibit "C").

8. My bank records, accessible by phone, and then only covering a limited number of months unless I go into the bank (since I have no computer), are the only records I can easily obtain showing when Cenlar was paid.

9. I do not receive statements from Cenlar on a regular basis. This means that I don't get payment coupons which I could otherwise mail in to ensure that my check is matched with the right account. It also means that I have no way of verifying that payments are applied, when they are applied, how much my payment is supposed to be, and whether Cenlar believes that I am behind post-petition.

10. When I am on the phone, the only thing I can do is to say how much to pay. I am

unable to get information to let me know the correct payment or my loan status   Sometimes I am told I can get information from another department, bu the amount of time it takes me to just make a payment means that I do not have time to do so.

    11.  I am sure that Cenlar has all of the information I need, since they were mentioned when Cenlar filed for relief from the Automatic Stay.  (See Docket 42-1)

    12.  Prior to filing my case, I received my annual tax statements in January.  I did not receive my 2022 or 2023 tax statements until I called several times, as a result of which I had to request an extension of time to file my tax returns for both years.  This means that my refund (which I can't calculate without the tax statement) is delayed.

    13.  All of this has made it much harder to pay my mortgage and succeed in my case.  I sincerely want to succeed, and I am doing everything I can to make that happen.  I do not understand why Cenlar, which I assume wants to be paid, is making things so difficult.

    I Hereby affirm, under penalties of perjury, that the foregoing is based upon my personal knowledge and is true and correct to the best of my knowledge information and belief.

                                              S/    Arlene Klemkowski
                                               Arlene Klemkowski, Debtor

I hereby certify that the terms of the copy of the document submitted to the Court are identical to those set forth in the original document and the signatures represented by /s/ on this copy reference the signatures of consenting parties on the original.
                                             S/ David W.  Cohen

Case 22-10257   Doc 68-2   Filed 05/27/24   Page 4 of 4