

January 02, 2024

Hours of Operation:
Customer Service: Monday - Friday, 8:30 AM to 8:00 PM ET
Collections Dept.: Monday - Friday, 8:00 AM to 9:00 PM ET

Delores Arlene Klemkowski
221 Pontiac Ave
Brooklyn MD 21225 2016

Qualified Written Requests, notifications of error, or requests for information concerning your loan must be directed to: PO Box 77423, Ewing, NJ 08628

RE: Loan Number:
    Property Address: 221 Pontiac Ave
                      Brooklyn MD 21225

Dear Customer:

We received your authorization on 01-02-24 to initiate an agent assisted, one-time electronic transfer of funds (ACH debit entry). This notice confirms that you have given authorization to Central Loan Administration & Reporting to draft a one-time payment for the above-referenced loan as set forth below.

Please review the following information carefully, and immediately report to us any discrepancy between your authorization and what is shown below:

* Date 1      01-02-24
  Amount 1 $ 600.00


* The approximate date on which your bank account will be debited.

DF001 064 CPI MO

855-839-6253 • www.loanadministration.com
*Persons who are deaf, hard of hearing, or have limited speech may dial TTY 711.*