| Transaction | Amount |
|---|---|
| 01/08/2024 | Total Balance: $115.05 |
| GIANT 2312 GLEN BURNIE<br>01/08/2024 | -$3.98<br>Total Balance: $120.44 |
| UBER *TRIP SAN FRANCISCO 01/04 F56087 ?<br>01/05/2024 | -$12.90<br>Total Balance: $124.42 |
| CENTRAL LOAN ADM 1 TIME DFT<br>01/04/2024 | -$600.00<br>Total Balance: $137.32 |
| PINCB GIANT 2312 GLEN BURNIE<br>01/04/2024 | -$40.15<br>Total Balance: $737.32 |
| AMAZON MUSIC*T404S2Y82888-802-3080<br>01/04/2024 | -$5.29<br>Total Balance: $777.47 |
| APPLE.COM BILL 866-712-7753<br>01/04/2024 | -$2.99<br>Total Balance: $782.76 |
| GIANT OF MARYLAN DIRECT DEP<br>01/04/2024 | $172.55<br>Total Balance: $785.75 |
| GIANT 2312 GLEN BURNIE | -$0.71 |