Entered: November 8th, 2024
Signed: November 8th, 2024
**SO ORDERED**



**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore

|  |  |  |
|---|---|---|
| In re: | * | |
| | * | |
| Arlene Delores Klemkowski, | * | Case No. 22-10257-MMH |
| | * | |
| Debtor. | * | Chapter 13 |
| *   *   *   *   *   * | * | |
| | * | |
| Arlene Delores Klemkowski, | * | |
| | * | |
| Movant, | * | |
| | * | |
| v. | * | |
| | * | |
| CitiMortgage, Inc., et al., | * | |
| | * | |
| Respondents. | * | |
| *   *   *   *   *   *   * | *   *   *   *   *   *   * | |

## ORDER SETTING BRIEFING SCHEDULE AND FURTHER HEARING ON MOTION TO REQUIRE CREDITOR TO ACCEPT ELECTRONIC PAYMENT

On October 30, 2024, the Court entered a Memorandum Opinion and Order (collectively, the "October Order") addressing the Motion to Require Creditor to Accept Electronic Payment (the "Motion"), filed by Ms. Arlene Delores Klemkowski, the above-captioned debtor (the "Debtor").[1] ECF 94, 95. As explained in the October Order, the Court will provide the parties an opportunity to brief and be heard on whether any remedy (other than monetary damages

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the October Order.

section 362(k)) is appropriate or warranted under the facts and circumstances of this matter (the "Remedy Issue"). Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor and the Servicer may each file a brief and documents in support of their respective positions on the Remedy Issue **on or before November 22, 2024**; and it is further

**ORDERED**, that the Debtor and the Servicer may file a response to any brief or documentation submitted in accordance with the immediately preceding decretal paragraph **on or before December 9, 2024**; and it is further

**ORDERED**, that the Court will enter separately on the docket the evidentiary protocols to govern the hearing on the Remedy Issue; and it is further

**ORDERED**, that the Debtor and the Servicer must comply with the evidentiary protocols referenced in the immediately preceding decretal paragraph; and it is further

**ORDERED**, that the Court will hold the hearing on the Remedy Issue **on December 17, 2024, at 10:00 a.m., E.T., in Courtroom 9-C in Baltimore**.

cc:   Debtor
      Debtor's Counsel
      Servicer's Counsel
      Chapter 13 Trustee
      U.S. Trustee

**END OF ORDER**