# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CENLAR FSB,** | |
| Appellant, | |
| v. | Case No. 1:24-cv-3329 |
| **ARLENE DELORES KLEMKOWSKI,** | |
| Appellee. | |

## ORDER

For reasons stated in the accompanying Memorandum, it is this  13th  day of January, 2025, by the United States District Court for the District of Maryland, hereby

ORDERED that Cenlar FSB's Motion for Leave to File an Interlocutory Appeal of the Bankruptcy Court's Order is DENIED; and it is further

ORDERED that this matter is REMANDED to the United States Bankruptcy Court for the District of Maryland; and it is further

ORDERED that the Clerk is directed to transmit copies of the Memorandum and this Order to the Clerk of Court for the United States Bankruptcy Court for the District of Maryland, and to CLOSE this case.

/S/
Matthew J. Maddox
United States District Judge