# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: ARLENE KLEMKOWSKI<br>    Debtor<br>_____<br>ARELENE KLEMKOWSKI<br>    Movant<br><br>v.<br><br>CITIMORTGAGE, INC., *et al.*<br>    Respondents | Case No. 22-10257 (MMH)<br>Chapter 13 |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Pursuant to Local Rule 9010-4(b), undersigned counsel hereby requests leave of the Court to withdraw his appearance as counsel for Respondent Cenlar FSB, as subservicer for CitiMortgage, Inc. ("Cenlar") as he is leaving his firm. Cenlar will continue to be represented by Wayne Anthony Holman, Esq. of Stradley Ronon Stevens & Young, LLP, who has already entered his appearance. The requested withdrawal will not prejudice any party or unduly delay these proceedings.

Date: February 5, 2025

Respectfully submitted,

/s/ Adam M. Kaplan
Adam M. Kaplan, Esq. (#18577)
Stradley Ronon Steven & Young, LLP
2000 K Street, NW, Suite 700
Washington, DC 20006
(P) 202-507-5155
(F) 202-822-0140
akaplan@stradley.com

**CERTIFICATE OF SERVICE**

I certify that on February 5, 2025, copies of the foregoing was served via first class U.S. mail on the following:

David Cohen, Esq.
PO Box 176
Simpsonville, MD 21150
*Counsel for Debtor Arlene Klemkowski*

Nikita Joshi, Esq.
6003 Executive Blvd, Suite 101
Rockville, MD 20852
*Counsel for Creditors CitiMortgage, Inc. and Wilmington Trust NA*

Brian A. Tucci, Trustee
P.O. Box 1110
Millersville, MD 21108
*Chapter 13 Trustee*

I further certify that on February 5, 2025, the foregoing was served via this Court's CM/ECF filing system upon Nikita Joshi, bankruptcy@bww-law.com, as counsel for Creditors CitiMortgage, Inc. and Wilmington Trust NA, David Cohen, dwcohen97@jhu.edu, as counsel for Debtor Arlene Klemkowski, and Brian Tucci, ecf@ch13balt.com, Chapter 13 Trustee.

/s/ Adam M. Kaplan
Adam M. Kaplan