

**MICHELLE M. HARNER**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: ARLENE DELORES KLEMKOWSKI<br>　　Debtor, | Case No. 22-10257 (MMH)<br>Chapter 13 |
| ARELENE DELORES KLEMKOWSKI<br>　　Movant,<br><br>　　v.<br><br>CITIMORTGAGE, INC., *et al.*<br>　　Respondents. | |

### S<small>ETTLEMENT</small> C<small>ONSENT</small> O<small>RDER</small>

A<small>ND</small> N<small>OW</small>, to wit, it is hereby Ordered, Adjudged, and Decreed that:

1) Debtor's Motion to Require Creditor to Accept Electronic Payment [ECF 46] is resolved between the parties with all claims therein dismissed with prejudice.

2) Respondent Cenlar FSB ("Cenlar") will waive Debtor's outstanding balance relative to Loan Number xxxxxx1844 (the "Loan").

3) Debtor's counsel, David W. Cohen, will receive payment of legal fees totaling $12,000.00. Those fees should be remitted directly to David W. Cohen, at P.O. Box 176, Simpsonville, MD 21150 within 21 days after the latter of this Court's October 30, 2024 Memorandum Opinion [ECF 94] being withdrawn and Order [ECF 95] being vacated.

4) This Court's Memorandum Opinion entered on October 30, 2024 [ECF 94] is hereby WITHDRAWN.

5) This Court's Order entered on October 30, 2024 [ECF 95] is hereby VACATED.

**End of Order**

**[SIGNATURES ON NEXT PAGE]**

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures presented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Wayne Anthony Holman_____
Wayne Anthony Holman, Esq.

_____
David W. Cohen, Esquire
Attorney for the Debtor

Dated: _____

_____
Wayne Anthony Holman, Esquire
Attorney for Respondent Cenlar, FSB,
As servicer for CitiMortgage, Inc.

Dated: 9/16/25

_____
Brian A. Tucci
Office of the Chapter 13 Trustee

Dated: _____

3

_____                     Dated: 9-16-25
David W. Cohen, Esquire
Attorney for the Debtor


_____                     Dated: _____
Wayne Anthony Holman, Esquire
Attorney for Respondent Cenlar, FSB,
As servicer for CitiMortgage, Inc.


_____                     Dated: _____
Brian A. Tucci
Office of the Chapter 13 Trustee

3

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures presented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Wayne Anthony Holman_____
Wayne Anthony Holman, Esq.

_____
David W. Cohen, Esquire
Attorney for the Debtor

Dated: _____

_____
Wayne Anthony Holman, Esquire
Attorney for Respondent Cenlar, FSB,
As servicer for CitiMortgage, Inc.

Dated: _____

Brian A. Tucci
Office of the Chapter 13 Trustee

Dated: 9/16/2025

3